# APPENDIX OF FORMS

As added April 30, 2007, effective December 1, 2007

(See Rule 84)

FEDERAL RULES OF CIVIL PROCEDURE           100

## APPENDIX OF FORMS

Form 1. Caption. (*Use on every summons, complaint, answer, motion, or other document.*)

United States District Court
for the
Montana  District of  Billings

| | | |
|---|---|---|
| A B, Plaintiff<br>   Karen Arveson<br>v.<br><br>C D, Defendant<br><br>v.  MDHHS GLENDIVE CPS<br><br>E F, Third-Party Defendant<br>   (*Use if needed.*) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. _____ |

(*Name of Document*)


Civil Cover Sheet and Complaint

101     FEDERAL RULES OF CIVIL PROCEDURE

**Form 2. Date, Signature, Address, E-mail Address, and Telephone Number.**
*(Use at the conclusion of pleadings and other papers that require a signature.)*

Date __04/11/2016__

*Karen Arver* (signature)

(Signature of the attorney
or unrepresented party)

Karen Arveson
_____
(Printed name)

903 North Kendrick Ave
_____
(Address)

karen.arveson@studant.ashford.edu
_____
(E-mail address)

406 941-1682
_____
(Telephone number)

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

**FILED**

APR 1 1 2016

Clerk, U S District Court
District Of Montana
Billings

<u>**Billings**</u> **DIVISION**

(You must fill in this blank. See Instruction 7)

(Full name of Plaintiff and prisoner number, if any)

Plaintiff,

Karen Arveson

Vs

Montana DHHS Glendive CPS

(Full name of each defendant as listed in the Parties section on page 5. Do not use et. al.)

Defendants.

CV-16-38-BJ6-SPW-CSO
**COMPLAINT**

Jury Trial Demanded

Jury Trial Not Demanded     D

## INSTRUCTIONS

1. Use this form to file a civil complaint with the United States District Court for the District of Montana. Include only counts/causes of action and facts – not legal arguments or citations. You may attach additional pages where necessary. Your complaint must be typed or legibly handwritten in ink and on white paper. Write on only one side of the paper. Do not use highlighters and do not staple or otherwise bind your papers. All pleadings and other papers submitted for filing must be on 8 ½" x 11" paper (letter size). You must sign the complaint (see page 8). Your signature need not be notarized but it must be an original and not a copy. The Clerk's Office cannot provide you copies of documents in your file without prepayment of $0.10 per page (for documents electronically available) or $0.50 (for documents not electronically available). Please keep a copy of the documents you send to the Court.

2. The filing fee for a complaint is $350.00 plus a $50.00 administrative fee for a total of $400.00. This amount is set by Congress and cannot be changed by the Court. If you pay the filing fee, you will be responsible for serving the complaint on each defendant and any costs associated with such service.

*Complaint (Revised August 2013)*
*Page 7 of 8*

Plaintiff's Last Name _

<u>*Arveson*</u>

3. If you are unable to prepay the entire filing fee and service costs for this action, you may file a motion to proceed in forma pauperis. If you are a prisoner and your motion to proceed in forma pauperis is granted, the Court will assess an initial partial filing fee equal to 20% of the average monthly deposits to your prison account for the six months immediately preceding the filing of the action, or 20% of the average monthly balance in your prison account for the same six month period, whichever is greater. Thereafter, the balance of the $350.00 filing fee will be collected in installments equal to 20% of your preceding month's income any time the amount in your account exceeds $10.00. The $50.00 administrative fee does not apply to persons granted *in forma pauperis* status. You will be required to continue making these payments even if you complaint is dismissed.

4. Complaints submitted by persons proceeding in forma pauperis and complaints submitted by prisoners suing a governmental entity or employee must be reviewed by the Court before the defendants are required to answer. *See* 28 U.S.C. §§ 1915(e)(2), 1915A(a); 42 U.S.C. § 1997e(c). The Court will dismiss your complaint before it is served on the defendants if: (1) your allegation of poverty is untrue; (2) the action is frivolous or malicious; (3) your complaint does not state a claim upon which relief may be granted; or (4) you sue a defendant for money damages and that defendant is immune from liability for money damages. After the Court completes the review process, you will receive an Order explaining the findings and any further action you may or must take. The review process may take a few months; each case receives the judge's individual attention. Plaintiffs should not serve defendants, pursue discovery, or request entry of default judgment prior to the completion of this review process.

5. Prisoners who have had three or more cases dismissed as frivolous, malicious, or failing to state a claim upon which relief may be granted (strikes) will not be permitted to file any further civil actions without prepaying the filing fee unless they are in imminent danger of serious harm. See 28 U.S.C. § 1915(g).

6. Prisoners may not maintain more than two civil actions in forma pauperis at one time, unless the prisoner shows that he or she is under imminent danger of serious physical injury.

7. The case caption (page 1 of this form) must indicate the proper Division for filing. The proper Division is where the alleged wrong(s) occurred. When you have completed your complaint, mail the *original* of your complaint and either the full filing fee or your motion to proceed in forma pauperis to the proper Division:

Billings Division: *Big Horn, Carbon, Carter, Custer, Dawson, Fallon, Garfield, Golden Valley, McCone, Musselshell, Park, Petroleum, Powder River, Prairie, Richland, Rosebud, Stillwater, Sweetgrass, Treasure, Wheatland, Wibaux, and Yellowstone Counties*
**U.S. District Court Clerk, James F. Battin Courthouse, 2601 2nd Avenue North, Suite 1200, Billings, MT 59101**

Butte Division: *Beaverhead, Deer Lodge, Gallatin, Madison, and Silver Bow Counties*
**U.S. District Court Clerk, Mike Mansfield Courthouse, 400 N. Main,
Butte, MT 59701**

Great Falls Division: *Blaine, Cascade, Chouteau, Daniels, Fergus, Glacier, Hill, Judith Basin, Liberty, Phillips, Pondera, Roosevelt, Sheridan, Teton, Toole, and Valley Counties* **(Crossroads Correctional Center is located in Toole County and all claims arising at CCC should be filed in Great Falls)
U.S. District Court Clerk, Missouri River Courthouse, 125 Central Ave. West,
Great Falls, MT 59404**

Helena Division: *Broadwater, Jefferson, Lewis & Clark, Meagher, and Powell Counties* **(Montana State Prison is located in Powell County and all claims arising at MSP should be filed in Helena)
U.S. District Court Clerk, Paul G. Hatfield Courthouse, 901 Front St., Ste 2100,
Helena, MT 59626**

Missoula Division: *Flathead, Granite, Lake, Lincoln, Mineral, Missoula, Ravalli, and Sanders Counties*
**U.S. District Court Clerk, Russell Smith Courthouse, P.O. Box 8537,
Missoula, MT 59807**

# COMPLAINT

## I. PLACE OF CONFINEMENT

A. Are you incarcerated?     Yes G          No X    (if No, go to Part II)

B. If yes, where are you currently incarcerated?

C. If any of the incidents giving rise to your complaint occurred in a different facility, list that facility:

*Complaint (Revised August 2013)*
*Page 7 of 8*

Plaintiff's Last Name _

## II. JURISDICTION

Jurisdiction is asserted under (CHECK ANY THAT APPLY):

    X  28 U.S.C. § 1331 because it raises a civil rights claim against a state or local government employee or entity under 42 U.S.C. § 1983

    ___ 28 U.S.C. § 1331 because it raises a claim against a federal employee under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971)

    ___ 28 U.S.C. § 1332 (diversity) because all the defendants live in a different state than plaintiff

If you wish to assert jurisdiction claim under different statutes, list them below.

## III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Non-Prisoners
1. Does any cause of action alleged in this complaint require you to exhaust administrative remedies before filing in court? Yes G  No G  Don't Know X
2. If yes, have you exhausted your administrative remedies? Yes X    No G

B. Prisoners (If other institutions listed in I(C) above, answer for each institution).
1. Did you fully exhaust the administrative grievance process within the jail or prison where the incidents at issue occurred? Yes G    No G

2. If you did not fully exhaust the grievance process, explain why:

(**NOTE**: Prisoners must exhaust their jail/prison's grievance process. Proper exhaustion requires compliance with the jail/prison's grievance deadlines and procedural rules.)

## IV. PARTIES TO CURRENT LAWSUIT

A. Plaintiff <u>Karen Arveson</u> is a citizen of <u>Montana</u>,
(State)
presently residing at <u>903 North Kendrick Ave Glendive Dawson 59330</u>;
(Mailing address or place of confinement)

who can be contacted at <u>406941-1682 karen.arveson@student.ashford.edu</u>.
(Telephone with area code and e-mail address)

B. Defendant <u>Ann Sheehy Yegen</u> is a citizen of <u>Montana</u>,
(State)
employed as <u>Ass.Att.General</u> at <u>Child Protective Services</u>.
(Position and Title, if any)   (Institution/Organization)

Defendant _____ is a citizen of _____,
(State)
employed as _____ at _____.
(Position and Title, if any)   (Institution/Organization)

Defendant _____ is a citizen of _____,
(State)
employed as _____ at _____.
(Position and Title, if any)   (Institution/Organization)

Defendant _____ is a citizen of _____,
(State)
employed as _____ at _____.
(Position and Title, if any)   (Institution/Organization)

Defendant _____ is a citizen of _____,
(State)
employed as _____ at _____.
(Position and Title, if any)   (Institution/Organization)

(**NOTE**: If more space is needed to furnish the above information, continue on a blank sheet labeled "APPENDIX A: PARTIES").

## V. STATEMENT OF CLAIMS

A. Count I (State your cause of action, e.g., what constitutional rights have been violated):Title 18&1591 (Pub. L. 114-126,V.130 282

Date of incident(s):

1. Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe what happened without citing legal arguments, cases, or statutes).

2012 Till present CPS failed to protect minors , minors have all either sustained physical abuse , witnessed physical abuse CPS mishandled youngest A.J.P. case related to police documentation , refused medical records when offered along with restraining orders , they have disregarded minors and what they have witnessed or been subjected to, one minor had to testifying in court about the abuse witnessed after Glendive CPS disregarded and ignored the violence.

2. Defendants Involved: (List the name of each defendant involved in this claim and specifically describe what each defendant did or did not do to allegedly cause your injury).

(**NOTE**: For each additional claim, use a blank sheet labeled "APPENDIX B. STATEMENT OF CLAIMS." You must set forth two paragraphs for each count, one consisting of Supporting Facts (following the directions under V(A)(1)), and one consisting of Defendants Involved (following the directions under V(A)(2)).

## VI. INJURY

Describe the injuries you suffered as a result of each individual defendant's actions. (Do not cite legal arguments, cases, or statutes).

I have not seen my minors since July last year , since 2012 cps has been in my home over 30 times , they have gone to my son's school over 15 times raising concerns with teachers , drug tested over 6 times a hair follicle , cps came to my employer HR department and took their random and drug test . Police did 14 welfare checks on minors they were all found to be safe and abused free as testified in other court preceding's along with the testimony of Glendive CPS when my oldest minor was stolen out of the public pool with a state employee and kept from me for 4 months . CPS fully knew everything going on in my home as we have spent many hours together either in my home or in court and during these times no one has ever asked about a psychiatrist evaluation or a parenting evaluation.
They have interviewed minors alone , sometimes even interviewing the wrong minors . Exchanging minors was video taped almost every time by other guardians and cps and the police have watched all of them , but tapes have never been inspected for altercation by a professional. I have text between CPS workers and I regarding concerns about minors face bruised badly and worker said she had fallen at a birthday party but there was no signs of any cuts or marks on hands from breaking a fall raising concerns with the employee we exchanged text also about receiving minor for a 2 hr visit in the summer temperature of about 98 degrees that day and minors fever was close to 104.0 very close to boiling my minors brain so my 2 hr visit consisted of sitting in emergency room I signed a medical release form for employee . We discussed children gorging themselves at the begging of my 2 week visit , along with violence witnessed , how the kids weren't allowed to see doctors without out the other guardians present but guardians were taking minors without my knowledge.  Even after court order to produce insurance card on minors still one was not provided to ensure they couldn't be seen without guardian. I spoke to employee how a hearing specialist called to set up appointment for youngest minor because he was deaf and would not speak when brought in by other guardians  they had a referral from minors doctor . I called minors doctor and asked if I could bring him because he can speak just fine . I had to sneak him in for doctor . She asset him and said he could speak just fine and doesn't think he even needs a speech therapist. I did not take minor to hearing specialist but other guardians did with results of hearing perfect . Now minor was enrolled in a speech therapist without my consent as he CAN speak just fine and should NOT be forced  and be made a fool out of because the minor chooses not to speak in certain situations.  This is just one or two examples

of abuse these minors have endured , how bout this one where I was told minor was enrolled in headstart . Which is fine all is good until no one says anything after that not a first day of school or anything so I call school and they say she was denied because guardians made to much money so I enrolled her . I took minor to orientation well word spread fast and guardians call saying I'm not allowed to sign minor up because I didn't have custody even thou we split 50/50 but because they claimed minor on taxes that's means they have custody and the school needs to immediately throw us out . Hangs up phone . Shows up at school . Makes a terrible scene in front of everyone . You take your minor on one of the most exciting times of their lives , hearing their excitement , showing you their picture hanging on the wall, while you show them where their cubby is for not just anyone their own guardians to take that positive happy time and turn it into an ugly , mean , scary moment and for a minor to be experiencing something new now they associate with that moment also. Or how bout the time the Steve Wilcox show called me for over a month and texting me wanting me and guardians to go on their show which I did inform employee and employee took copies and also the PD because guardians called and wanted me to go on the show and talk about CPS and defend my name . Or maybe the time when minors were purposely embarrassed in front of their licensed daycare lady when being dropped off by telling the lady that minors had lice in front of their friends when in fact three days before that CPS spend 4 hrs in my home looking through our hair on the day I got suspended from work with pay until drug test came back because off calls saying I was doing drugs , then police show up , then cps where I was taken to police station for a drug test it was sent to lab for alcohol testing which all came back negative . Or how bout when minors were picked up for my 2 hr visit and they expressed they hadn't eaten or slept in a week . Or how bout the next day when I received minor for bday and on my minors bday was wiping cover up make up off their face to hid the swollen and dark circles under eyes . Or do you want a picture taken by headstart of one minor where minor was also wearing makeup to cover whatever they were trying to hid . I have over 5 years of where these minors and I have endured enough pain and injury . I haven't even started stating the worst as I refuse to testify until I know my testimony will be sealed in order to protect minors involved .

(**NOTE**: If more space is needed to furnish the above information, continue on a blank sheet labeled "APPENDIX C: INJURY").

## VII.  REQUEST FOR RELIEF

Describe the relief you request.  (Do not cite legal arguments, cases, or statutes).

My minors back immediately, a request for a state wide audit, consider holding employees accountable for tampering, altering, fraud, negligence. 13.7 million with 1 million donated to nation center for missing and endangered children, 1 million donated to the Glendive Police Department to help fight abuse. 1 million donated to Domestic Violence

(**NOTE**: If more space is needed to furnish the above information, continue on a blank sheet labeled "APPENDIX D:  REQUEST FOR RELIEF").

## VIII. PLAINTIFF'S DECLARATION

A. I understand I must keep the Court informed of my current mailing address and my failure to do so may result in dismissal of this Complaint without notice to me.

B. I understand the Federal Rules of Civil Procedure prohibit litigants filing civil complaints from using certain information in documents submitted to the Court. In order to comply with these rules, I understand that:

- social security numbers, taxpayer identification numbers, and financial account numbers must include only the last four digits (e.g. xxx-xx-5271, xx-xxx5271, xxxxxxx3567);
- birth dates must include the year of birth only (e.g. xx/xx/2001); and
- names of persons under the age of 18 must include initials only (e.g. L.K.).

If my documents (including exhibits) contain any of the above listed information, I understand it is my responsibility to black that information out before sending those documents to the Court.

I understand I am responsible for protecting the privacy of this information.

C. I understand the submission of a false statement or answer to any question in this complaint may subject me to penalties for perjury. I declare under penalty of perjury that I am the Plaintiff in this action, I have read this complaint, and the information I set forth herein is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

D. (Prisoners Only) This Complaint was deposited in the prison system for legal mail, postage prepaid or paid by the prison, on

Executed at __Montana__ on __04 / 11__, 20 _16_ .
            (Location)              (Date)

___Karen Arves___
Signature of Plaintiff

*Complaint (Revised August 2013)*
*Page 10 of*

Plaintiff's Last Name _____