UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 26 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KAREN ARVESON, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> MONTANA DHHS; et al., <br><br> Defendants - Appellees. | No. 16-35618 <br><br> D.C. No. 1:16-cv-00038-CSO <br> U.S. District Court for Montana, Billings <br><br> **ORDER** |

A review of the file in this case reveals that the appellant has failed to perfect the appeal as prescribed by the Federal Rules of Appellate Procedure.

Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to respond to the order of this court dated September 14, 2016.

This order served on the district court shall constitute the mandate of this court.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Cyntharee K. Powells
Deputy Clerk